UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20332-CR-HUCK

UNITED STATES OF AMERICA,
        Plaintiff,

v.

SAWINSEN ARTHUR PINNACE COLLINS,
        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

    THIS MATTER was referred to U.S. Magistrate Judge Barry L. Garber on January 22, 2014, [ECF No. 18]. A Report and Recommendation filed on January 23, 2014 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

    ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber, is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Count 2 of the Indictment.

    DONE AND ORDERED in chambers in Miami, Florida this _19_ day of February, 2014.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE